### 14979. WAYHAM *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the special grounds of the motion for a new trial is meritorious.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 15, 1923.

Accusation of cheating and swindling; from city court of Richmond county—Judge Black. August 8, 1923.

*O. Lee White,* for plaintiff in error.

*W. Inman Curry, solicitor,* contra.